# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARMSTRONG FLOORING, INC., *et al.*,[1]<br><br>         Debtors. | Chapter 7<br><br>Case No. 22-10426 (MFW)<br><br>(Jointly Administered) |
| Alfred T. Giuliano, Chapter 7 Trustee for the Estate of Armstrong Flooring, Inc.,<br><br>         Plaintiff,<br><br>vs.<br><br>ZIM American Integrated Shipping Services Company, LLC,<br><br>         Defendant. | Adversary No. 23-50083 |

## STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

IT IS HEREBY stipulated and agreed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned plaintiff and above-captioned defendant, by and through their respective counsel, that the above-captioned adversary proceeding be dismissed. This matter has been settled and this dismissal is with prejudice. An answer has been filed.

---

[1] The Debtors in these chapter 7 cases along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).

| | |
|---|---|
| Dated: January 3, 2024 | Dated: January 3, 2024 |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **GELLERT SCALI BUSENKELL & BROWN, LLC** |
| By: <u>/s/ Peter J. Keane</u><br>Bradford J. Sandler (DE Bar No. 4142)<br>Peter J. Keane (DE Bar No. 5503)<br>Edward A. Corma (DE Bar No. 6718)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:   bsandler@pszjlaw.com<br>           pkeane@pszjlaw.com<br>           ecorma@pszjlaw.com | <u>/s/ Ronald S. Gellert</u><br>Ronald S. Gellert, Esq.<br>1201 North Orange Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 423-5806<br>Email: rgellert@gsbblaw.com |
| -and- | -and- |
| **ASK LLP**<br>Joseph L. Steinfeld, Jr., Esq.<br>MN SBN 0266292<br>Nicholas C. Brown, Esq., NC SBN 38054<br>2600 Eagan Woods Drive, Suite 400<br>Saint Paul, MN  55121<br>Telephone: (651) 406-9665<br>Email: nbrown@askllp.com | **KAUFMAN & CANOLES, P.C.**<br>Dennis Lewandowski, Esq.<br>150 W Main Street, Suite 2100<br>Norfolk, VA 23510-1665<br>Telephone: (757) 624-3252<br>Email: dtlewand@kaufcan.com<br><br>*Counsel for Defendant, ZIM American Integrated Shipping Services Company, LLC* |
| -and- | |
| Edward E. Neiger<br>60 East 42nd Street, 46th Floor<br>New York, NY  10165<br>Telephone: (212) 267-7342<br><br>*Counsel for Plaintiff, Chapter 7 Trustee* | |